# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK BANKS,** | : CIVIL ACTION NO. 1:10-CV-0675 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **SIS WILLIAMS, LT., et al.,** | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 14th day of September, 2010, upon consideration of plaintiff's motion (Doc. 16) seeking to compel the credit of his initial filing fee of $4.13 to his inmate account in accordance with the order of court (Doc. 14) directing that he be reimbursed in that amount, and it appearing that the Clerk of Court mailed the reimbursement check to plaintiff on September 8, 2010 (Doc. 15), it is hereby ORDERED that plaintiff's motion is DENIED.

           S/ Christopher C. Conner
           CHRISTOPHER C. CONNER
           United States District Judge